UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE MARIE GOODMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:17-cv-1228 CKD<br><br><br>ORDER |

Plaintiff is proceeding through counsel and in forma pauperis in this Social Security action. The administrative transcript in this action was filed December 14, 2017. Under the scheduling order filed June 21, 2017, plaintiff was directed to file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. Plaintiff was granted an extension of time until February 27, 2018 to file a motion for summary judgment or remand. That time has now expired, and plaintiff has failed to comply with the court's scheduling orders.

////

////

////

////

1 | Good cause appearing, IT IS HEREBY ORDERED that: Within twenty days from the
2 | date this order is filed, plaintiff shall file a motion for summary judgment and/or remand. Failure
3 | to comply with this order shall result in a recommendation that this action be dismissed.

Dated: March 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / goodman1228.osc