1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANICE MARIE GOODMAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:17-cv-01228-CKD<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The parties stipulate, with the approval of this Court, to modification of the Court's scheduling order, as follows:

(i) Defendant shall have 30 days from the date of this order to supplement the administrative record;

(ii) Plaintiff shall have 14 days from the date Defendant files her supplement to the administrative record to file an amended motion for summary judgment, if any;

(iii) Defendant shall have 30 days from the date Plaintiff files her amended motion for summary judgment to file her cross-motion for summary judgment;

|   |   |
|---|---|
| 1 |     (iv)    Plaintiff shall have 21 days from the date Defendant files her cross-motion for |
| 2 |                   summary judgment to file a response. |

This is the Commissioner's first request for an extension. There is good cause for this extension because counsel for the Commissioner has determined that the certified administrative record lodged in this case is missing several pages submitted to the Appeals Council that should be included in the record, and counsel must obtain those missing pages to file with this Court before briefing can be completed. Plaintiff's counsel has stated that he does not oppose this first extension request.

Respectfully submitted,

DATE: April 24, 2018          */s/ Robert Weems*
ROBERT WEEMS

Attorney for Plaintiff
Authorized via email

MCGREGOR W. SCOTT
United States Attorney

DATE: April 24, 2018     By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE